Charles J. Stiegler (SBN 245973)
**Stiegler Law Firm LLC**
318 Harrison Ave., Ste 104
New Orleans, LA 70124
Tel: (504) 267-0777
charles@stieglerlawfirm.com

Attorneys for Plaintiffs
ALLISON SHACKLEY and GINA RUGGIERI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

ALLISON SHACKLEY, et al.,

Plaintiffs,

v.

PACIFIC DENTAL SERVICES, LLC, et al.,

Defendants.

Case No. 8:24-cv-02726-SRM-JDE

**JOINT STATUS REPORT REGARDING NINTH CIRCUIT APPEAL IN *HUTCHINS V. HP INC.***

**Hon. Serena R. Murillo**
**United States District Judge**

Pursuant to the Court's September 14, 2026 Order (ECF No. 64), Plaintiffs Allison Shackley and Gina Ruggieri ("Plaintiffs") and Defendant Pacific Dental Services, LLC ("PDS") (together, the "Parties"), by and through their respective undersigned counsel of record, submit this Joint Status Report regarding the status of the appeal in *Hutchins v. HP Inc.*, No. 25-826 (9th Cir.), and state as follows:

1. On September 14, 2026, the Court granted PDS's Motion to Stay (ECF No. 41), denied PDS's Motion to Dismiss (ECF No. 39) without prejudice, vacated all current deadlines, and stayed these proceedings pending resolution of the appeal in *Hutchins*. ECF No. 64. The Court ordered the Parties to file a joint status report on November 1, 2026, and every two months thereafter, updating the Court on the progress of the *Hutchins* appeal, and to file a joint status report within two weeks after the Ninth Circuit issues its ruling in *Hutchins*. *Id.*

2. The Ninth Circuit heard oral argument in *Hutchins* on May 20, 2026.

3. As of the date of this report, the Ninth Circuit has not issued a decision in *Hutchins*, and the appeal remains pending.

4. The Parties will continue to file joint status reports every two months as directed by the Court and will file a joint status report within two weeks after the Ninth Circuit issues its ruling in *Hutchins*.

Respectfully submitted,

Dated: November 2, 2026

*/s/ Charles J. Stiegler*
Charles J. Stiegler (SBN 245973)
**Stiegler Law Firm LLC**
318 Harrison Ave., Ste 104
New Orleans, LA 70124
Tel: (504) 267-0777
charles@stieglerlawfirm.com

*/s/ Charles M. Dyke*
Charles M. Dyke (SBN 183900)
**Nixon Peabody LLP**
1 Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: (415) 984-8200
cdyke@nixonpeabody.com

Tulio D Chirinos (*admitted pro hac vice*)
**Chirinos Law Firm PLLC**
20283 State Road 7, Suite 592
Boca Raton, FL 33498
Tel: (561) 299-6334
tchirinos@chirinoslawfirm.com

George Samuel Cleaver (SBN 245717)
**Law Offices of G. Samuel Cleaver**
3660 Wilshire Boulevard, Suite 924
Los Angeles, CA 90010
Tel: (213) 568-4088
sam@gscleaverlaw.com

*Attorneys for Plaintiffs and the Class*

Adriana Levandowski (SBN 350034)
**Nixon Peabody LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Tel: (213) 629-6015
alevandowski@nixonpeabody.com

Ian C. Taylor (*admitted pro hac vice*)
**Nixon Peabody LLP**
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel: (202) 585-8000
itaylor@nixonpeabody.com

Jennifer K. Squillario (*admitted pro hac vice*)
**Nixon Peabody LLP**
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel: (202) 585-8000
jsquillario@nixonpeabody.com

*Attorneys for Defendant*

## ATTESTATION

In accordance with Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Date: November 2, 2026 */s/ Charles J. Stiegler*